## (March 25, 1938.)

THE BOWERY SAVINGS BANK, Respondent, v. SONONA HOLDING CORPORATION and Others, Defendants, and JEROME A. WEISS and MORRIS WEISS, Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

GRAMATAN COAL & SUPPLY COMPANY, INC., Respondent, v. EDWARD J. SHEPPARD and Others, Defendants; IRVING TRUST COMPANY, as Substituted Trustee in Bankruptcy of CONTE & ZUCCARO, INC., Appellant; MIDFIELD REALTY CORPORATION, JOHN SULLIVAN, and TANAGRAM REALTY COMPANY, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of Proving the Last Will and Testament of LEOPOLD GALLY, Deceased. ALVINE E. GALLY, Sometimes Designated in These Proceedings as ALVINE E. KROUPA, Appellant; FREDERICK W. RITTER, as Executor, etc., of LEOPOLD GALLY, Deceased, FRANK J. GALLY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Petition of Queens County Bar Association with Respect to WILLIAM GLICKMAN, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. In passing on the motion to confirm the referee's report and in deciding that the respondent should be disbarred, we did not consider the testimony given by the witnesses Faranda, Vincineri and Granieri, before Mr. Justice Faber, except in so far as it was read in the record before the official referee for the purpose of refreshing the witnesses' recollection; to which procedure the respondent offered no objection. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ. [See 253 App. Div. 275.]

In the Matter of the Application of GEORGE L. HOBART for Admission to the Bar.— Application for admission to the bar denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of B. BAYARD STRELL for Admission to the Bar.— Application for admission to the bar denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ALEXANDER KUSHMAN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SMITH, Appellant.— Motion for reargument of motion to dispense with printing denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ANDREA SHAW, an Infant, by Her Guardian ad Litem, RUTH E. SHAW and RUTH E. SHAW, Respondents, v. THE CITY OF NEW YORK and ABGOR CONTRACTING COMPANY, INC., Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS and SANFORD J. ELLSWORTH, Respondents. CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS, Respondent.— Motion for reargument of motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.